# United States Court of Appeals
## For the Eighth Circuit

_____

No. 19-1339
_____

United States of America

*Plaintiff - Appellee*

v.

Keith Nelson

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Southern District of Iowa - Davenport
_____

Submitted: November 12, 2019
Filed: November 15, 2019
[Unpublished]
_____

Before COLLOTON, BENTON, and GRASZ, Circuit Judges.
_____

PER CURIAM.

Keith Nelson appeals after the district court[1] revoked his supervised release and sentenced him to 24 months in prison, followed by 24 months of supervised release.

---

[1]The Honorable John A. Jarvey, Chief Judge, United States District Court for the Southern District of Iowa.

His counsel has moved to withdraw, and has filed a brief challenging the substantive reasonableness of the sentence.

We conclude the revocation sentence is not substantively unreasonable, as the sentence was within the advisory United States Sentencing Guidelines range and the statutory requirements, *see* 18 U.S.C. § 3583(e)(3), (h); the district court stated it had considered the 18 U.S.C. § 3553(a) factors, and explained its reasons for the decision; and there is no indication the district court overlooked a relevant factor, gave significant weight to an improper or irrelevant factor, or committed a clear error of judgment in weighing relevant factors, *see United States v. McGhee*, 869 F.3d 703, 705-06 (8th Cir. 2017) (per curiam) (revocation sentences are reviewed for abuse of discretion); *United States v. Feemster*, 572 F.3d 455, 461-62 (8th Cir. 2009) (en banc) (discussing substantive reasonableness; permitting, on appeal, presumption of reasonableness for Guidelines-range sentence). Accordingly, we grant counsel's motion to withdraw, and we affirm.

_____